IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CR-45-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DEMARIO TYAIR HIMBRY, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's pro se motion for a sentence reduction [D.E. 56]. See 18 U.S.C. § 3582(c).

SO ORDERED. This 24 day of November, 2026.

JAMES C. DEVER III
United States District Judge